IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08-CV-357-FDW-DCK

| | |
|---|---|
| JIMMY D. POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID E. MOON and CRETE CARRIER CORPORATION,<br><br>    Defendants. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF DOUGLAS B. MARCELLO |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendants David E. Moon and Crete Carrier Corporation for admission *pro hac vice* of Douglas B. Marcello, and it appearing to the Court under Local Rule 83.1(B) that Mr. Marcello should be admitted *pro hac vice* as representing Defendant David E. Moon and Crete Carrier Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and that Douglas B. Marcello is admitted to practice before this Court *pro hac vice*.

Signed: September 23, 2008

David C. Keesler
United States Magistrate Judge